AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRYAN O'NEAL BENSON,       )<br>   Plaintiff,       )<br>                              )<br>                              )<br> v.                       )<br>                              )<br>MAGISTRATE B. FLATLEY,  )<br>   Defendant.     ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-359-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R. Plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, this action is DISMISSED. The Clerk of Court is DIRECTED to close this case and remove it from the court's docket.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 7, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Bryan O'Neal Benson
1420 S. Wilmington St.,
Raleigh, NC 27603


| | |
|---|---|
| November 7, 2007 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| | |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |